**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| RAMON LeCONTE OLDS, | : | |
| Petitioner, | : | |
| v. | : | CASE NO.: 1:11-CV-116 (WLS) |
| JIMMY COLSON, Warden, | : | |
| Respondent. | : | |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed May 16, 2012. (Doc. 13). It is recommended that Respondent's Motion to Dismiss (Doc. 8) be granted. (*Id*. at 3).

The Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.*) The period for objections expired on Wednesday, May 30, 2012; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion to Dismiss (Doc. 8) is **GRANTED**.

**SO ORDERED**, this  22nd  day of June, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**